IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| INSPECTION LEASING INC., ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | Civil Action No. 1:24-cv-00319-DII |
| | § | |
| TAVAS LLC, ET AL., | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiffs Inspection Leasing, Inc., MBF Inspection Services, Inc., and QSSub MBF Inspection Services, Inc. and Defendants Tavas LLC, Warren Scaman, CPA, and Mark Hamill, CPA (all parties to the litigation) file this Joint Motion for Entry of Protective Order as follows:

1.      This lawsuit concerns the propriety of the preparation and filing of individual and business tax returns and attendant penalties, interest, and fees.  Given the nature of the suit, the parties anticipate disclosing and producing significant amounts of sensitive financial information in discovery.  As such, the parties request entry of the Agreed Protective Order, attached hereto as Exhibit A.

2.      All parties to the lawsuit consent and agree to entry of Exhibit A.

3.      Accordingly, the parties respectfully request that the Court grant this Joint Motion for Entry of Protective Order and enter an order of protection.

15655333v1

Respectfully submitted

PORTER HEDGES, LLP


/s/ William R. Stukenberg
William R. Stukenberg
State Bar No. 24051397
wstukenberg@porterhedges.com
Clay M. Steely
State Bar No. 00791725
csteely@porterhedges.com
Jamie L. Houston
State Bar No. 24097847
jhouston@ porterhedges.com
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6669
Facsimile: (713) 226-6269

ATTORNEYS FOR PLAINTIFFS


/s/ Edward F. Kuester IV
ROCK FUSCO & CONNELLY, LLC
Edward F. Kuester IV
Illinois Bar No. 6324201(admitted *pro hac vice*)
333 W. Wacker Dr., 19th Floor
Chicago, Illinois 60606
Telephone: (312) 970-3407
Facsimile: (312) 494-1001
ekuester@rfclaw.com

BROCK UPHAM YOST & STRIEBER, PLLC
Chad M. Upham
State Bar No. 24028178
Boerne, Texas 78006
Telephone: (830) 816-9033
Facsimile: (830) 584-0774
chad@buys-law.com

ATTORNEYS FOR DEFENDANTS

2

**CERTIFICATE OF SERVICE**

I certfiy that I filed the foregoing document in accordance with the protocols for e-filing through the CM/ECF system in the United States District Court for the Western District of Texas on November 7, 2024, and therefore has been served upon all counsel of record in accordance with such e-filing protocols.

/s/ *Jamie L. Houston*

Jamie L. Houston